**IN THE UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MATTHEW ZETTLE, | |
| Plaintiff, | Case No. 19 CV 3057 |
| v. | Honorable Judge Guzman |
| THE FAKHOURI FIRM, LLC, and ROBERT S. FAKHOURI, individually, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**MOTION FOR THE STRIKING OF THE JUNE 25, 2019 STATUS DATE, AND TO STAY THE PARTIES' COMPLIANCE WITH THIS COURT'S STANDING ORDER REGARDING INITIAL APPEARANCES UNTIL AFTER THE COMPLETION OF THE SETTLEMENT CONFERENCE**

Plaintiff, MATTHEW ZETTLE, by and through his undersigned counsel, respectfully moves this Court for the entry of an Order striking the June 25, 2019 status hearing, and staying the parties' compliance with this Court's Standing Order (at website: Initial Appearances) until after the completion of the August 15, 2019 settlement conference before the Magistrate Judge, and states as follows:

1. This case was originally assigned to Magistrate Judge Cole to conduct a settlement conference.

2. However, it was subsequently and recently assigned to Magistrate Fuentes.

3. The parties have obtained an August 15, 2019 date for a settlement conference, after being offered dates only in August.

4. Accordingly, Plaintiff respectfully requests that this Court enter an Order striking the June 25, 2019 status hearing before this Court, and staying the parties' compliance with this Court's Standing Order for Initial Appearances.

discovery compliance dates until after the completion of the August 15, 2019 settlement

conference before the Magistrate Judge.

**WHEREFORE**, Plaintiff, MATTHEW ZETTLE, by and through his undersigned

counsel, respectfully moves this Court for the entry of an Order striking the June 25, 2019

status, and staying the parties' compliance with this Court's Standing Order for Initial

Appearances until after the completion of the August 15, 2019 settlement conference before the

Magistrate Judge, and for such other and further relief as is appropriate under the circumstances.

**RESPECTFULLY SUBMITTED**,

By:**/s/ Michael I. Leonard**
          **Counsel for Plaintiff**

**LEONARDMEYER LLP**
Michael I. Leonard
120 North LaSalle, 20TH Floor
Chicago, Illinois 60602
(312)380-6559 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

By:/s/ Michael I. Leonard
Counsel for Plaintiff

**LEONARDMEYER LLP**
Michael I. Leonard
120 North LaSalle, 20TH Floor
Chicago, Illinois 60602
(312)380-6559 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

## CERTIFICATE OF SERVICE

The undersigned states that, on June 11, 2019, he caused the above to be served on all counsel of record by way of e-mail.

**RESPECTFULLY SUBMITTED**,

By:/s/ Michael I. Leonard
Counsel for Plaintiff

**LEONARDMEYER LLP**
Michael I. Leonard
120 North LaSalle, 20TH Floor
Chicago, Illinois 60602
(312)380-6559 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com