IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW ZETTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2019 CV 3057 |
| | ) | **Hon. Judge Rowland** |
| FAKHOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

TO: Michael Leonard
Leonard Meyer, LLP
120 N. LaSalle Street, 20th Floor
Chicago, IL 60602
E: mleonard@leonardmeyerllp.com

I, Robert S. Fakhouri, certify that on September 30, 2019, I caused to be served the attached **Defendants' Responses to Initial Mandatory Discovery Requests** to the above-referenced counsel of record in the above captioned matter via electronic mail.

Respectfully submitted,

THE FAKHOURI FIRM, LLC

By: /s/ *Robert S. Fakhouri*
Robert S. Fakhouri
The Fakhouri Firm, LLC
150 N. Michigan Avenue, Suite 2800
Chicago, Illinois 60601
(312) 471-8873
RFakhouri@FakhouriLaw.com