IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW ZETTLE,                       Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 19 cv 3057 Hon. Judge Rowland |
| FAKHOURI, ET. AL.,                      Defendants. | ) ) ) | |

**JOINT AND AGREED DISCOVERY SCHEDULE**

1. Pursuant to the Magistrate's Order, the parties have conferred and agree upon the following dates for discovery:

2. All fact discovery to be completed by May 30, 2020;

3. Parties to identify experts, if any, by July 30, 2020;

4. Expert discovery to be concluded by August 31, 2020.

RESPECTFULLY SUBMITTED:

By: s/ Michael I. Leonard

Counsel for Plaintiff

**LEONARDMEYER, LLP**
Michael I. Leonard
Rebecca S. Chacko
120 N. LaSalle Street, 20th Floor
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com
rchacko@leonardmeyerllp.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on January 13, 2020, she caused the above to be served on Defendant's counsel of record by way of ECF filing.

RESPECTFULLY SUBMITTED,

By: s/Rebecca Chacko

Counsel for Plaintiff