**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW ZETTLE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 cv 3057 |
| | ) | Hon. Judge Rowland |
| | ) | |
| THE FAKHOURI FIRM, ET. AL., | ) | |
|     Defendants. | ) | |

**JOINT STATUS REPORT**

    Now comes the Plaintiff, Matthew Zettle, through his attorneys, LeonardMeyer LLP, and the Defendant, The Fakhouri Firm, Et. Al. through their attorney Robert Fakhouri, and for their Joint Status Report, state as follows:

**A.**     **The Progress of Discovery**

**Written Discovery**: Neither party has propounded discovery.

**Oral Discovery**: No depositions have been taken as of present.

**B.**     **The Status of Briefing any Unresolved Motions**

At this time, there are no pending motions.

**C.**     **Settlement Efforts**

No recent settlement discussions have taken place.

**D.**     **Agreed Proposed Schedule**

    a. Fact Discovery Deadline: August 17, 2020.

    b. Expert Reports due by September 15, 2020.

    c. All Expert Discovery and Depositions Complete by: November 16, 2020.

    d. All discovery to be completed by November 16, 2020.

**E.     Revised Discovery and Dispositive Motion Schedule**

Judge Fuentes entered the discovery schedule outlined above on May 4, 2020. The parties will follow that discovery schedule.

The Court has not yet entered a Dispositive Motion Schedule.

**F.     Agreed Action Not Requiring a Court Hearing**

N/A.

**G.     Whether Telephonic Hearing is Necessary and Time Urgent**

No.

Date:  May 18, 2020

By:     s/ *Michael I. Leoanrd*
            Michael I. Leonard/Rebecca Chacko
            Attorneys for Plaintiff

By:     s/ *Robert Fakhouri*
            Robert Fakhouri
            Attorney for the Defendant