**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MATTHEW ZETTLE,<br><br>Plaintiff,<br><br>v.<br><br>THE FAKHOURI FIRM, LLC, and<br>ROBERT S. FAKHOURI, individually,<br><br>Defendants. | Case No. 1:19-cv-03057 |

## AGREED ORDER OF DISMISSAL

    This matter having been resolved, all parties, by and through their undersigned counsel, hereby jointly agree and stipulate as follows:

    This matter is dismissed, with prejudice, with each party to bear his/its own attorneys' fees and costs.

E N T E R:

Dated: August 4, 2020

*Mary M Rowland*
_____
MARY M. ROWLAND
United States District Judge

| | |
|---|---|
| **/s/Michael I. Leonard** | **/s/Robert S. Fakhouri** |
| **Michael I. Leonard** | **Robert S. Fakhouri** |
| **Attorney for Plaintiff** | **Attorney for Defendants** |
| | |
| **LEONARDMEYER, LLP** | **THE FAKHOUR FIRM, LLC** |
| Michael I. Leonard | Robert S. Fakhouri |
| 120 N. LaSalle, 20th Floor | 150 N. Michigan Ave., Suite 2800 |
| Chicago, Illinois 60602 | Chicago, Illinois 60601 |
| (312)380-6659 (phone) | (312)715-8770 |
| mleonard@leonardmeyerllp.com | rfakhouri@fakhourilaw.com |